IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 21-cr-00148-PAB | Date: February 17, 2023 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |
| Probation Officer: Josh Roth | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Brandon Burkart |
| | Scott Armstrong |
| Plaintiff, | |
| v. | |
| 2.  RON THROGMARTIN | Steven Sadow |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**11:38 a.m.    Court in session.**

Appearances of counsel.  Defendant present on bond.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:   Throgmartin's Motion for Downward Variance [132] is DENIED**.

**ORDERED:** Defendant shall be imprisoned for 72 months as to Counts 1, 2, 3, 4, 5, 6, and 7 to run concurrently with each other. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 2 years as to Counts 1, 2, 3, 4, 5, 6, and 7 to run concurrently with each other.

**ORDERED:** Conditions of Supervised Release, as stated on record.

**ORDERED:** Defendant shall pay a $700.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:** Restitution shall be paid to the victims in accordance with the Schedule of Payments sheet in the Judgment

**ORDERED:** Defendant shall forfeit any interest in property, as stated on record, to the United States.

Defendant advised of right to appeal.

**ORDERED:** Defendant is directed to surrender to the institution designated by the Bureau of Prisons on May 1, 2023.

Court recommends that the Bureau of Prisons place the defendant in FPC Montgomery or a facility close to Atlanta, GA that is appropriate to his security classification.  The Court also recommends the defendant be permitted to participate in the RDAP program.

**ORDERED:** Defendant's bond is continued.

**12:30 p.m.**    Court in recess.

Hearing concluded.
Total time in court:    00:52